IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DALONTE WRIGHT, al al.,

    Plaintiffs

v.

Civil Action No. 1:05CV0990
Judge: Richard W. Roberts

DISTRICT OF COLUMBIA, et al.,

    Defendants.

## AFFIDAVIT OF SERVICE

(1)    I, Darlene E. Howell, hereby declare that on the 18th day of May 2005, I served Mayor Anthony Williams at 10:35 am by service of process upon Pat Elwood at the office of the mayor at 1350 Pennsylvania Avenue, N.W., Suite 409, Washington, D.C. 20004.

(2)    I, Darlene E. Howell, hereby declare that on the 18th day of May 2005, I served Attorney General Robert Spagnoletta at 10:55 am by service of process upon Darlene Field at 441 Fourth Street, N.W., 6th floor, Judiciary Square, Washington, D.C.

(3)    I, Darlene E. Howell, hereby declare that on the 18th day of May 2005, I served Superintendent Clifford Janey at 11:12 am by service of process upon Cassandra Crowe, Office of the Superintendent of Public Schools at 825 North Capitol Street, N.E., Washington, D.C. 20002.

RECEIVED

MAY 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service document are true and correct.

*Darlene E. Howell*
Darlene E. Howell

Subscribed and sworn to before me this __31__ day of May 2005.

_____
Notary Public

My Commission Expires: _____

CATHY ARECHIGA-HOLT
NOTARY PUBLIC
DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES APRIL 14, 2010