UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA WRIGHT, </br> Parent and Next Friend of D.W.[1] </br> </br> Plaintiff, </br> </br> v. </br> </br> DISTRICT OF COLUMBIA,[2] </br> A municipal corporation </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 05-0990 (RWR) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. Pro. 6(b)(1), Defendant District of Columbia respectfully requests an enlargement of time to file its response to the Complaint from Tuesday, June 7, 2005, to and including Friday, July 1, 2005. As grounds for this request, the District represents as follows:

1. The undersigned attorney was assigned to this case on May 25, 2005, and has not yet been able to obtain from her clients all of the pertinent documents and information.

2. Plaintiff will not be harmed by the granting of this motion. While this case was brought by Plaintiff pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et al.*, the only issue in dispute according to the Complaint is

---

[1] The minor will be referred to as D.W, pursuant to LCvR 5.4(f)(2). Further, as D.W. is a minor, he cannot bring suit. Thus, his mother is the only properly named plaintiff.

[2] The District of Columbia is the only properly named defendant. Both Anthony Williams and District of Columbia Public Schools Superintendent Clifford Janey have been sued in their official capacity only; thus, Plaintiff in effect has sued the District of Columbia.

attorney's fees. Thus, the requested continuance would not harm the student's educational needs.

3. The 24-day enlargement is not unreasonable, given that this is less than the 60-day time period given to the United States government.[3]

Pursuant to LCvR 7.1 (m), the undersigned counsel spoke with Plaintiff's counsel to seek consent for this enlargement; he did not consent.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed. R. Civ. Pro. 6(b)(1)

2. The inherent power of the Court.

3. The record herein.

4. Plaintiff will not be prejudiced by the granting of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614

**June 3, 2005**

---

[3] Defendant looks to Fed. R. Civ. P. 12(a)(3) for instruction. Under this Rule, complaints filed against the United States are answerable within 60 days. This additional time for governmental agencies to answer was the rule even before the Federal Rules were adopted. (See Committee Note to Subdivision (a), note 2, citing 28 U.S.C. [former] Section 45.). The exigencies requiring this dispensation for the United States also are applicable to the District of Columbia.

2