UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA WRIGHT, )<br>Parent and Next Friend of D.W. )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DISTRICT OF COLUMBIA, )<br>A municipal corporation )<br> )<br>    Defendant. )<br> ) | Civil Action No. 05-0990 (RWR) |

**ORDER**

Upon consideration of Defendant's Motion, Plaintiff's Opposition thereto, and the record herein, it is hereby

**ORDERED** that Defendant's Motion for Enlargement is **GRANTED,** and it is

**FURTHER ORDERED** that Defendant's response to the Complaint is due no later than Friday, July 1, 2005.

**SO ORDERED.**

DATE: _____

 

_____
Honorable Richard W. Roberts
United States District Judge