IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

DALONTE WRIGHT, *al al.*,

    Plaintiffs

v.                                      Civil Action No. **1:05CV0990 (RWR)**

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

---

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

    Plaintiffs move for summary judgment pursuant to Fed. R. Civ. P. 56 (a) and LCvR 56.1.

**I.    PROCEDURAL POSTURE:**

    1.    This is an appeal of an April 22, 2005 Hearing Officer's Determination (HOD) made pursuant to the *Individuals with Disabilities Education Act, 20 U.S.C. § 1400* concerning application of *Child Find 34 C.F.R. § 300.125* and *5 DCMR 3004.1*.

**II.    SUMMARY JUDGMENT:**

    2.    Plaintiffs will demonstrate based on three HODs, the administrative transcript, the *REQUEST FOR HEARING*, and administrative pleadings, that there is no genuine issue as to any material fact and that plaintiff is thus entitled to judgment of attorneys' fees as a matter of law. *Grant v. May Department Stores Co., 786 A.2d 580, 583 (D.C. 2001); F.R. Civ. P. Rule 56 (a) and LCvR 56.1.*

1

3.  *IDEA* cases in the United States District Court for the District of Columbia of Columbia are typically resolved via summary judgment, and there is no need for discovery insofar as the record of the administrative proceeding being appealed from comprises the documentary evidence.

### III. STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE:

4.  In compliance with LCvR 56.1 plaintiffs file an attached statement of material facts as to which there is no genuine issue.

### IV. POINTS AND AUTHORITIES IN SUPPORT OF MOTION:

5.  Pursuant to LCvR 56.1 plaintiffs file a memorandum of law with points and authorities per LCvR 7.1 (a) in support of this motion for summary judgment.

### V. CONCLUSION:

6.  As a matter of fact and law, plaintiffs' motion for summary judgment herein must be granted.

Respectfully submitted,

*/s/ Roy Carleton Howell*
Roy Carleton Howell (415142)
8003 Parkside Lane, N.W.
Washington, D.C. 20012
(202) 545-0755 – office
(202) 545-0750 – home

## CERTIFICATE OF SERVICE

I, Roy Carleton Howell, do hereby certify that a copy of this motion for summary judgment was served on 8th June 2005 by electronic filing upon Eden L. Miller, esquire of the District of Columbia at eden.miller@dc.gov

Moreover, due to the length of the Exhibits a courtesy copy was mailed via first class mail to Eden L. Miller, esquire of the District of Columbia Attorney General's Office, 441 Fourth Street, N.W., Suite 6514, Washington, D.C. 20001 on 8th June 2005.

/s/ Roy Carleton Howell
Roy Carleton Howell (415142)