IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DALONTE WRIGHT, *al al.*,

    Plaintiffs

v.   Civil Action No. **1:05CV0990 (RWR)**

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

**ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment, Defendants' opposition thereto, and the entire record, it is the _____ day of _____ 2005,

    **ORDERED**, the Plaintiffs' Motion for Summary Judgment is hereby **GRANTED;**

    **ORDERED**, that Defendants will pay Plaintiffs' counsel for attorneys' fees and appropriate costs for the Administrative Hearing within 60 days;

    **ORDERED**, that Defendants will pay attorneys' fees and cost for this cause of action.

_____    _____
Date                                                                  United States District Judge

Roy Carleton Howell (415142)
professorhowell1954@yahoo.com
Plaintiffs' Attorney
8003 Parkside Lane, N.W.
Washington, D.C. 20012

and

Eden I. Miller, Esq.
Eden.miller@dc.gov
Office of the Attorney General
District of Columbia Government
441 Fourth Street, N.W.
Suite 6514
Washington, D.C. 20001