EXHIBIT 6

# District of Columbia Public Schools

*State Enforcement & Investigation Division*

## *confidential*

H. St. Clair, Esq., Due Process Hearing Officer
825 North Capitol Street, NE  8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| In the Matter of | IMPARTIAL |
| | DUE PROCESS HEARING |
| **DALONTE WRIGHT**, student | |
| Date of Birth: October 1, 1994 | |
| Petitioner, | DISPOSITIONS of |
| | MOTION to CORRECT RECORD |
| | and |
| | MOTION to REOPEN RECORD |
| versus | Request Date: February 1, 2005 |
| | Hearing Date:   March 9, 2005 |
| The District of Columbia Public Schools, | |
| Home School: Aiton Elementarty School, | |
| Attending: Aiton Elementary School, | |
| | Held at: 825 North Capitol Street, NE |
| Respondent. | Eighth Floor, Hearing Room 4 |
| | Washington, D.C. 20002 |

Parent: Patricia Wright
223 50th Street, NE
Washington, D.C. 200

Counsel for the Parent/Student: Roy Carlton Howell, Esq.
8003 Parkside Lane NW
Washington, D.C. 20012

District of Columbia Public Schools: Donna Whitman Russell, Esq., Attorney-Advisor
**Office of the General Counsel, DCPS**
825 North Capitol Street, NE  9th Floor
Washington, D.C. 20002

## JURISDICTION

The proceeding was authorized by Public Law 105-17, The Individuals with Disabilities Education Act Amendments of 1997, 20 United States Code 1400 et. seq.; Title 34 of the Code of Federal Regulations, Part 300 and Title V of the District of Columbia Municipal Regulations.

## STATEMENT of the CASE

On February 1, 2005, Counsel for the Parent filed the herein Request for Mediation/Hearing on behalf of the parent and student complaining the District of Columbia Public Schools (DCPS) denied a Free Appropriate Public Education (FAPE) to the student. Specifically, Counsel for the Parent complained of failure on the part of Aiton Elementary School, DCPS, to "find" the student or a violation of 34 CFR 300.125.

The Student Hearing Office, DCPS, scheduled a hearing in this matter for 9:00 A.M., Wednesday, March 9, 2005 at DCPS Headquarters, 825 North Capitol Street, NE, 8th Floor, Washington, D.C. 20002. The hearing convened as scheduled.

As a preliminary matter, the Attorney-Advisor pointed out that DCPS had employed Counsel for the Parent as a substitute-teacher at Aiton Elementary School on May 13, 2004 and January 12 and 13, 2005 and represented that Counsel for the Parent was in violation of the District of Columbia Rules of Professional Conduct, DCPS Documents Nos 1 and 2.

To expedite FAPE for the student, Counsel for the Parent waived or forfeited attorney's fees.

An INTERIM ORDER noting the issues of FAPE in this matter as settled and calling for briefs on the remaining issue of conflict of interest was issued on March 24, 2005 and is incorporated herein by reference.

On March 29, 2005, the herein Motion to Correct the Record was filed stating therefore that Counsel for the Parent did not waive attorney's fees. The record was reviewed and is **CORRECT**.

On March 31, 2005, a DECISION and ORDER was issued and is incorporated herein by reference. The ORDER dismissed the allegations of conflict of interest against Counsel for the Parent and allowed Motions to Reopen the Record to be filed within 15 days. At paragraph 5 of the STATEMENT of the CASE in the March 31, 2005 DECISION and ORDER, it was made clear that a motion to reopen the record was to concern only the conflict of interest issue; the issues of FAPE were settled on March 9, 2005. Still, for whatever ambiguity was cause by paragraph 2 of the March 31, 2005 ORDER, the hearing officer regrets; in the place of ". . .in this matter . . ." appearing in paragraph 2, the wording "on the herein issue of conflict of interest" should have appeared.

In consideration of the foregoing, the hearing officer made the following

## ORDER

1. The herein MOTION to CORRECT the RECORD is **DENIED**, and,

2. The herein MOTION to REOPEN the RECORD is also **DENIED**.

This is **THE FINAL ADMINISTRATIVE DECISION**. Appeal can be made to a court of competent jurisdiction within thirty (30) days of the issue date of this decision.

_____  Date: April 22, 2005
H. St. Clair, Esq., Hearing Officer

Issued: 4-22-05
Student Hearing Office, DCPS

2 of 2 pages