EXHIBIT
8
ALL-STATE LEGAL®



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000       Fax: 202-442-5098
www.k12.dc.us

## FINAL ADMINISTRATIVE GUIDELINES
### January 25, 2005

TO:          MEMBERS OF THE SPECIAL EDUCATION BAR

FROM  :      Veleter M. B. Mazyck
             General Counsel

RE:          Final GUIDELINES FOR THE PAYMENT OF ATTORNEY FEES IN IDEA MATTERS

Dear Counsel:

On November 29, 2004, D.C. Public Schools, Office of the General Counsel, issued *"Proposed Guidelines for the Payment of Attorney Fees in IDEA Matters,"* and invited members of the Bar to submit written comments on the proposed guidelines prior to them becoming final. A number of comments were received and reviewed by this office.

We appreciated, and gave full consideration to, the constructive feedback received, and used some of your comments and suggestions to modify the proposed guidelines prior to finalization. Enclosed are the final guidelines, which will become **effective February 1, 2005**. These guidelines and the referenced documents are also available on the DCPS website at www.k12.dc.us/dcps/offices/OGChome.

Enclosure

cc:     Clifford B. Janey, Ed.D., Superintendent
        Raymond Bryant, Ph.D., Chief of Special Education Reform
        Class Counsel, Blackman, et al. v. D.C., et al.
        Class Counsel, Petties, et al. v. D.C., et al.
        Class Counsel, J.C., et al. v. D.C., et al.
        Richard Spagnoletti, D.C. Attorney General
        Robert Utiger, D.C. Office of the Attorney General
        Edward Taptich, D.C. Office of the Attorney General