UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA WRIGHT,<br>Parent and Next Friend of D.W.[1]<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,[2]<br>A municipal corporation<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-0990 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant District of Columbia respectfully requests an enlargement of time to file its response to Plaintiff's June 9, 2005, Motion for Summary Judgment to 30 (thirty) days after the District files the Administrative Record.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto and incorporated by reference.

                                                                Respectfully submitted,

                                                                ROBERT J. SPAGNOLETTI
                                                                Attorney General of the District of Columbia

                                                                GEORGE C. VALENTINE
                                                                Deputy Attorney General
                                                                Civil Litigation Division

---

[1] The minor will be referred to as D.W, pursuant to LCvR 5.4(f)(2). Further, as D.W. is a minor, he cannot bring suit. Thus, his mother is the only properly named plaintiff.
[2] The District of Columbia is the only properly named defendant. Both Anthony Williams and District of Columbia Public Schools Superintendent Clifford Janey have been sued in their official capacity only; thus, Plaintiff in effect has sued the District of Columbia.

/s/ Edward P. Taptich
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

/s/ Eden I. Miller
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

**June 20, 2005**

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA WRIGHT,<br>Parent and Next Friend of D.W.<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-0990 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This Court should grant Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment to 30 (thirty) days after the District files the Administrative Record for the following reasons:

1. Currently pending before the Court is Defendant's June 3, 2005, Motion for Enlargement of Time to Respond to the Complaint to Friday, July 1, 2005. Although Plaintiff's counsel did not give the undersigned consent for this enlargement, Plaintiff did not file an opposition to Defendant's Motion.

2. The undersigned counsel just recently received several pertinent documents and information from her client and has not completed her review of that information.

3. Also, because Defendant has not yet responded to the Complaint, this Court has yet to set an Initial Scheduling Conference, prompting the need for a Rule 16 Joint Motion with proposed scheduling deadlines. In an appeal of a District of Columbia Public

3

Schools Hearing Officer's Decision like the instant case, brought pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§1400, *et* al, the District must file the Administrative Record for consideration by the Court. *See* IDEA, 20 U.S.C. § 1415(i)(2)(B)(i).[3] In the instant case, the Administrative Record has not yet been filed, nor has this Court ordered a deadline for filing the Administrative Record. As such, it is premature for this Court to determine this case on the merits at this time.

4. Finally, Plaintiff will not be harmed by the granting of this motion. While this case was brought by Plaintiff pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et al.*, the only issue in dispute according to the Complaint is attorney's fees. Thus, the requested continuance would not harm the student's educational needs.

Pursuant to LCvR 7.1 (m), the undersigned counsel called Plaintiff's counsel to seek consent for this enlargement on June 17, 2005. To date, he has not responded; thus, Defendant assumes he does not consent.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General of the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

---

[3] "In any action brought under this paragraph, the court--
   (i) shall receive the records of the administrative proceedings;
   (ii) shall hear additional evidence at the request of a party; and
   (iii) basing its decision on the preponderance of the evidence, shall grant such relief as the court determines is appropriate." *See* IDEA, 20 U.S.C. § 1415(i)(2)(B).

4

|  |  |
|---|---|
|  | **/s/ Edward P. Taptich** <br> EDWARD P. TAPTICH [#012914] <br> Chief, Equity Section 2 |
|  | **/s/ Eden I. Miller** <br> EDEN I. MILLER [#483802] <br> Assistant Attorney General <br> 441 Fourth Street, N.W., Sixth Floor South <br> Washington, D.C. 20001 |
| **June 20, 2005** | (202) 724-6614 |