UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA WRIGHT,<br>Parent and Next Friend of D.W.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-0990 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Motion, Plaintiff's Opposition thereto, and the record herein, it is hereby

**ORDERED** that Defendant's Motion for Enlargement is **GRANTED,** and it is

**FURTHER ORDERED** that Defendant's response to Plaintiff's Motion for Summary Judgment is due 30 (thirty) days from the date that the District files the Administrative Record.

**SO ORDERED.**

DATE: _____


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Richard W. Roberts
　　　　　　　　　　　　　　　　　　　　United States District Judge