IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DALONTE WRIGHT, *et al.*,

    Plaintiffs

v.                                                Civil Action No. **1:05CV0990 (RWR)**

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

## **JOINT LOCAL RULE 16(d) REPORT**

This case concerns the common law and statutory law on attorneys' fees, and the ***Individuals with Disabilities Education Act, 20 U.S.C. § 1400***. Rule 16(c) matters were discussed and agreed upon as follows.

1.     The parties agree that this case is likely to be decided by dispositive motion. Plaintiff has a motion for summary judgment currently pending.

2.     The parties agree that the date for joinder of parties and pleading amendments should be 15 days after the filing of the administrative record. The parties agree that the issues in this case concern attorneys' fees only, and the issues are defined and narrowed.

3.     Defendants state that they do not desire this case to be assigned to a magistrate judge. Plaintiffs state that they do not desire this case to be assigned to a magistrate judge.

4.     Defendants state that they do not know whether there is a reasonable possibility

1

of settling this case. Plaintiffs state that they do not expect the case to be settled, and do not see any reasonable possibility of settlement at this stage.

5.    Neither party believes that referral of this case to ADR would be useful at this stage.

6.    Both parties expect this case to be resolved by summary judgment. The issues involved appear to be largely legal. The parties suggest the administrative record to be filed by the defendants within 15 days after the August 18, 2005 scheduling conference. The parties suggest that summary judgment motions be filed by September 22, 2005, and the replies to summary judgment motions should be filed by October 22, 2005. After briefing is completed, a decision on the merits should be issued at this Court's discretion.

7.    The parties have already stipulated to dispense with the mandatory disclosure procedure.

8.    At this time, the parties agree there is no need for formal discovery in this case. The record of the administrative proceeding being appealed from comprises all of the documentary evidence that the parties expect to be presented in this Court. Plaintiffs already possess all these materials. Defendants will obtain the administrative record and file with this court within 15 days after the August 18, 2005 scheduling conference. The parties have agreed that as of this time, neither side anticipates a need to call witnesses, so there likely will be no need for the taking of depositions. The parties agree that as of this time, it appears that neither side will need to submit interrogatories or requests for admissions.

9.    The parties have agreed that they do not currently anticipate any need to present expert testimony in this case.

10. This case is not a class action.

11. The parties see no need for this case to be bifurcated or managed in stages.

12. The parties do not expect that there will be any need for a trial or a pretrial conference, as they expect the case to be disposed of on motion. But should a pretrial conference prove necessary, a date 45 days after this Court's decision on summary judgment is suggested.

13. The parties do not expect that there will be any need to set a trial date, but should this prove necessary, they are agreed that the trial date should be set at the pretrial conference.

14. The parties are aware of no other matters that need to be included.

For the Plaintiffs:

/s/ Roy Carleton Howell
Roy Carleton Howell (415142)
8003 Parkside Lane, N.W.
Washington, D.C. 20012
(202) 545-0755 – office
(202) 545-0750 – home

For the Defendants:

/s/ Eden L. Miller
Eden L. Miller, Esq. (483802)
D.C. Attorney General's Office
441 Fourth Street, N.W.
Sixth Floor
Washington, D.C. 20001
(202) 724-6614

July 26, 2005