UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA WRIGHT,<br>Parent and Next Friend of D.W.<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-0990 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT NOTICE OF ERRATA

The parties respectfully submit to this Court a proposed scheduling order, attached hereto, which reflects the schedule agreed to by the parties in their Joint Local Rule 16(d) Report, filed on July 26, 2005.  Also, Defendant's counsel is "Eden I. Miller" (not "Eden L. Miller").  Finally, the parties wish to clarify that the first paragraph in the Joint Local Rule 16(d) Report is their Statement of the Case.  Defendant would like to add that the case is an appeal of a District of Columbia Public Schools Hearing Officer's Decision ("HOD"), pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1415(i)(2).  Defendant contends that the HOD is appropriate and is in compliance with the IDEA.

                 Respectfully submitted,

                 ROBERT J. SPAGNOLETTI
                 Attorney General of the District of Columbia

                 GEORGE C. VALENTINE
                 Deputy Attorney General
                 Civil Litigation Division

        **/s/ Edward P. Taptich**
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section 2

        **/s/ Eden I. Miller**
        EDEN I. MILLER [#483802]
        Assistant Attorney General
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001

        **/s/ Roy Carleton Howell**
        ROY CARLETON HOWELL [#415142]
        8003 Parkside Lane, N.W.

**August 5, 2005**        Washington, D.C. 20012