## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PATRICIA WRIGHT, Parent and Next Friend of D.W. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-0990 (RWR) |
| DISTRICT OF COLUMBIA, A municipal corporation | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of the representations and requests of the parties at the Initial Scheduling Conference and in their Joint Local Rule 16(d) Report, this Court issues the following scheduling order.

It is hereby **ORDERED** that the Defendant shall file the administrative record from the District of Columbia Public Schools Student Hearing Office no later than 15 days after the August 18, 2005, Scheduling Conference.

It is **FURTHER ORDERED** that the parties shall have 15 days from the date of the filing of the administrative record to join parties and/or amend the pleadings.

It is **FURTHER ORDERED** that the parties shall file Cross-Motions for Summary Judgment no later than September 22, 2005.

It is **FURTHER ORDERED** that the parties shall file Oppositions to the Cross-Motions for Summary Judgment no later than October 22, 2005.

It is **FURTHER ORDERED** that the parties may file Replies no later than November 10, 2005.

**SO ORDERED.**

**DATE:** _____

                                                Honorable Richard W. Roberts
United States District Judge