## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| D.W., a Minor, by his Parent and Next Friend Patricia Wright, Plaintiff, | : : : : : |
| | : Civil Action Number 05-990 (RWR) |
| | : |
| DISTRICT OF COLUMBIA, *et al.*, Defendants. | : : |

### PRAECIPE

The clerk of this court shall enter the appearance of Damon A. Pace, Assistant Attorney General, of the Office of the Attorney General, Civil Litigation Division, Equity Section II, 441 4th Street, N.W., 6th Floor, Washington, D.C. 20001, as counsel of record on behalf of Clifford Janey, Anthony Williams, the District of Columbia Public Schools, and the District of Columbia for the allegations set forth in Plaintiff's Complaint.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH, #012914
Chief, Equity Section 2

/s/ Damon A. Pace
DAMON A. PACE, #451351
Assistant Attorney General
P.O. Box 14600
Washington, D.C. 20001
(202)724-7794

August 23, 2005