UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA WRIGHT,<br>Parent and Next Friend of D.W.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-0990 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of this Court will please withdraw the appearance of Assistant Attorney General Eden I. Miller as counsel on behalf of Defendant District of Columbia.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　　　　Attorney General of the District of Columbia

　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　**/s/ Edward P. Taptich**
　　　　　　　　　　　　　　　　　　EDWARD P. TAPTICH [#012914]
　　　　　　　　　　　　　　　　　　Chief, Equity Section 2

　　　　　　　　　　　　　　　　　　**/s/ Eden I. Miller**
　　　　　　　　　　　　　　　　　　EDEN I. MILLER [#483802]
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　441 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Sixth Floor South
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
**August 23, 2005**　　　　　　　　　(202) 724-6614