# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    :
**PATRICIA WRIGHT,**                                :
**Parent and Next Friend of D.W.**                  :
                                                    :
     **Plaintiff,**        :
                                                    :
      **v.**           :   **Civ. Action No. 05-0990 (RWR)**
                                                    :
**DISTRICT OF COLUMBIA,**                           :
                                                    :
     **Defendant.**         :
_____:

## ADMINISTRATIVE RECORD

      Attached is an index and the record of the administrative proceedings at issue in

this action.  A copy of this notice was filed via the ECF system.  A hard copy of the

administrative record was filed in the Clerk's office and mailed to Plaintiffs' counsel.


             Respectfully submitted,

             ROBERT J. SPAGNOLETTI
             Attorney General for the District
              of Columbia

             GEORGE C. VALENTINE
             Deputy Attorney General
             Civil Litigation Division

             EDWARD P. TAPTICH (012914)
             Chief, Equity Section 2

             /s/ Damon A. Pace
             DAMON A. PACE, #451351
             Assistant Attorney General
             441 4th Street, NW, 6th Floor
             Washington, D.C. 20001
             (202)724-7794

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of September, 2005, a copy of the administrative

record was mailed, postage prepaid, to Plaintiff's counsel Roy Carleton Howell, 8003

Parkside Lane, NW, Washington, DC 20012.

<u>/s/ Damon A. Pace</u>
DAMON A. PACE
Assistant Attorney General

**Patricia Wright v. District of Columbia**

Civil Action No. 05-0990 (RWR)

**INDEX OF RECORD**

| Description | Page |
|---|---|
| Impartial Due Process Hearing, Dispositions of Motion to Correct Record and Motion to Reopen Record, dated 04/22/05 | 2 |
| Petitioner's Motion to Reopen the Record Within 15 Days Per Order, dated 04/05/05 | 7 |
| Impartial Due Process Hearing, Decision and Order, dated 03/31/05 | 12 |
| Impartial Due Process Hearing, Interim Order, dated 03/24/05 | 16 |
| Petitioner's Reply Brief for Hearing Officer to Judicially Notice D.C. Court of Appeals Ruling on Rule 1.11 and D.C. Bar Counsel's Interpretation of Rule 1.7, dated 03/23/05 | 19 |
| Respondent's Motion to Dismiss, dated 03/18/05 | 26 |
| Petitioner's Brief on the Issue of Conflict of Interest, dated 03/14/05 | 29 |
| Exhibit 1: Petitioner's Request for Records from Mrs. Condrey, Office Manager at Aiton Elementary School, dated 01/19/05 | 39 |
| Notice to Attend Two Hearings from Petitioner's Counsel to Ms. Allen, dated 02/23/05 dated 12/10/03 | 51 |
| Petitioner's Additional Disclosure of Evidence and Witnesses, dated 03/02/05 | 55 |
| Petitioner's Disclosure of Evidence and Witnesses, dated 02/20/05 | 59 |
| Exhibits of Petitioner's Evidence, dated 02/20/05 | 62 |
| Request for Mediation / Hearing, dated 02/01/05 | 84 |
| Transcript of March 9, 2005 Due Process Hearing | 89 |