UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA WRIGHT, )
Parent and Next Friend of D.W. )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 05-0990 (RWR)
 )
DISTRICT OF COLUMBIA, )
A municipal corporation )
 )
    Defendant. )

**ORDER**

Upon consideration of defendant's Motion for Summary Judgment, plaintiff's response thereto, if any, and the record herein, it is this ____ day of _____, 2005,

ORDERED: that the defendant's Motion is GRANTED; and it is,

FURTHER ORDERED: that summary judgment is hereby entered in favor of the defendant.

SO ORDERED.

_____
JUDGE, UNITED STATES DISTRICT COURT,
DISTRICT OF COLUMBIA