IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DALONTE WRIGHT, *al al.*,

    Plaintiffs

v.

    Civil Action No. **1:05CV0990**
    Judge: Richard W. Roberts

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

# PLAINTIFFS' EXHIBIT # 2

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000   Fax # 202-442-5098
www.k12.dc.us

March 2, 2005

Roy Carleton Howell, Esq.
8003 Parkside Lane, NW
Washington, D.C. 20012

**DISCLOSURE STATEMENT**

**VIA FACSIMILE 202/545-0525**

Subject: Due Process Hearing for D▮▮ W▮▮
DOB: ▮▮

Dear Mr. Howell:

    At the upcoming due process hearing in the above-referenced matter, scheduled for Wednesday, March 9, 2005 at 09:00 a.m., and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

**Witnesses**

    Ray Bryant, or his designee(s), Chief, Office of Special Education Reform, DCPS
    Peggy Mussenden, or her designee(s), Principal, Aiton Elementary School, DCPS
    Angela Allen, or her designee(s), Special Education Coordinator, Aiton Elementary School, DCPS
    Nicole Jackson, or her designee(s), Special Education Teacher, Aiton Elementary School, DCPS
    Natalie Hubbard, or her designee(s), General Education Teacher, Aiton Elementary School, DCPS
    Krystal King, or her designee(s), School Psychologist, Aiton Elementary School, DCPS
    Gabrielle Grunan, or her designee(s), School Psychologist, Aiton Elementary School, DCPS
    Nicole Pitre, or her designee(s), Speech Pathologist, Aiton Elementary School, DCPS
    Kara Minok, or her designee(s), Occupational Therapist, Aiton Elementary School, DCPS
    Diane Peters, or her designee(s), School Social Worker, Aiton Elementary School, DCPS

---

[1] Witnesses may testify by telephone.

DCPS Office of the General Counsel
Page 2

### Documents

| | |
|---|---|
| DCPS –01 | Certification of Services Rendered by Substitute Teachers |
| DCPS –02 | Classroom Roster |
| DCPS –03 | Aiton ES School Directory (SY 04-05) |
| DCPS –04 | Correspondence (2/23/05) |

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case. Also, DCPS reserves the right to call rebuttal witnesses in its case.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5000.

Sincerely,

Donna Whitman Russell
Attorney Advisor

cc: Student Hearing Office

*Children First*

43