# PLAINTIFFS' EXHIBIT # 2

# PATRICIA WRIGHT

# -V-

# DISTRICT OF COLUMBIA

BEFORE THE SPECIAL EDUCATION STUDENT HEARING OFFICE
DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In The Matter Of **DALONTE WRIGHT**          Hearing Date:  **3/9/2005**
DATE OF BIRTH: **10/1/94**                          Hearing Time: **9:00 am**

## PETITIONER'S DISCLOSURE OF EVIDENCE AND WITNESSES

Comes Ms. Patricia Wright the mother of Dalonte Wright through Attorney

Roy Carleton Howell, LL.M., and provides disclosure of cogent documentary evidence

and witnesses to The Special Education Student Hearing Office, and The Office Of

General Counsel For The District of Columbia Public Schools (DCPS).

**DISCLOSURE OF DOCUMENTARY EVIDENCE:**

The following cogent documents have been filed with the Student Hearing Office, and

The Office Of General Counsel For DCPS, *to wit:*

(1)    Behavior Documentation Sheet, transactions from 9/2/04 – 10/8/04;

(2)    Behavior Management Referral Form, 12/13/04;

(3)    Behavior Documentation Sheet, transactions from 11/17/04 – 1/11/05;

(4)    Behavior Management Referral Form, 10/4/04;

(5)    Stanford Achievement Test, Grade 3;

(6)    DCPS 3rd Grade Report Card, 2003 – 2004, Student failed;

(7)    Stanford Achievement Test, Grade 1;

(8)    DCPS 1st Grade Report Card, 2001 - 2002;

(9)    DCPS 1st Grade Report Card, 2000 – 2001, Student failed;

(10)  DCPS Kindergarten Progress Report, Student identified as "N" for "needing

support" in *Reading, Writing, Listening, Speaking, & Literature.* Subsequently, child

identified as "N" for *Work Habits for 2nd Semester*. Moreover, at 3rd Advisory the teacher disclosed failed one-on-one instruction efforts and observed emotional problems of student.

## DISCLOSURE OF WITNESSES:

(1)    Ms. Patricia Wright (mother)
223 50th Street, N.E., apt. # 12
Washington, D.C. 20019

(2)    Master Dalonte Wright (student)
223 50th Street, N.E., apt. # 12
Washington, D.C. 20019

Respectfully submitted,

Roy Carleton Howell, LL.M.
8003 Parkside Lane, N.W.
Washington, D.C. 20012
(202) 545-0755 – office
(202) 545-0750 – home
(202) 545-0525 – fax

## CERTIFICATE OF FILING:

I, Roy Carleton Howell do affirm on this 20th day of February 2005, that a copy of this document with all EXHIBITS was filed with the DCPS Hearing Office pursuant to law in a timely fashion.

Roy Carleton Howell

2

**CERTIFICATE OF SERVICE:**

I, Roy Carleton Howell do affirm on this 20th day of February 2005, that a copy of this

document with all EXHIBITS was served via fax upon the DCPS Office Of General

Counsel (D. Russell, Esquire).

Roy Carleton Howell

**Behavior Documentation Sheet**    Student _Dalonte Wright_

Teacher _Hubbard_    Parent(s) _____

Grade/Period _____    Home Phone _____    Work Phone _____

| Date and Time | Problem Behavior — What did you observe? List facts: specific behaviors, where it happened, who was involved. | Actions Taken — Describe your responses to the misbehavior including actions for positively encouraging improvement. |
|---|---|---|
| 9/2/04 | student rolling around on the floor. · left classroom, refused to follow instructions | · contacted office |
| **Results of Actions Taken** | | |
| 9/3/05 | · refused to take spelling assessment · banging on desk, playing w/ shoes · left class walking around in the hall · refused to complete assignment | · contacted office / student returned to classroom |
| **Results of Actions Taken** | | |
| 9/7 | · disruptive in class; refused to complete assignments · banging on desk / lockers · left classroom | · called parent · discussed behavior |
| **Results of Actions Taken** | | |
| 10/7 | · talking and playing in class w/ Dominique Shaw (niece) · giggling / joking | · phone call to parent / not successful · no recess |
| **Results of Actions Taken** | | |
| 10/8 | · playing in line; not following directions | · talked to mother |
| **Results of Actions Taken** | | |

EXHIBTI # 2



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

**Alton Elementary School**

48th Place between Fitch Place and Foote Street, N.E.
Washington, D.C. 20019

## BEHAVIOR MANAGEMENT REFERRAL FORM

STUDENT: Kaelin Johnson     *Dalonte Wright*     TEACHER: B. Ward     GRADE 3/2

INFRACTION: Kaelin and Dalonte were fighting on line in the cafeteria. I asked them to stop. Dalonte stopped and continued outside. Kaelin tried to pursue him. I told (over

DATE: ___12/13/04_____     TIME: __12:00 noon___

TEACHER PRESENT: YES ✓     NO____

ACTION TAKEN: Both Dalonte and Kaelin reported to the office._____

_____
_____
_____
_____

RECOMMENDATION:_____

_____
_____
_____
_____
_____

FINAL RESULTS:_____

_____
_____
_____
_____
_____
_____

Kaelin that I would bring Dalonte back. Kaelin continued to try to get outside to pursue Dalonte. I had to block the cafeteria door and restrain Kaelin from leaving the cafeteria.

11/17- would not complete activity      **EXHIBIT # 3**
in class
Playing at his desk, rocking in
the chair

12/15 - called mother Kablate refused to
enter the classroom this morning
He was running and playing in the hall  9:35 am.

talked to student upset because he didn't
have his money or permission slip to
attend class trip

1/11 - disruptive in class Playing with
another student, laughing and giggling
during instructional time
Called mom / separated Students

EXHIBIT # 4



**Alton Elementary School**

48th Place between Ritch Place and Foote Street, N.E.
Washington, D.C. 20019

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

## BEHAVIOR MANAGEMENT REFERRAL FORM

STUDENT: _Dalonte Wright_ TEACHER: _N Hubbard_ GRADE _3_

INFRACTION: _fighting in class_

DATE: _10/4/04_ TIME: _1:30pm_

TEACHER PRESENT: YES _✓_ NO ____

ACTION
TAKEN: _Students were separated. Parents will be contacted about inappropriate behavior._

RECOMMENDATION: _Counseling / detention_

FINAL
RESULTS: _____



**STANFORD**

*ACHIEVEMENT TEST SERIES, NINTH EDITION*
SELECT

| | |
|---|---|
| **STUDENT REPORT**<br>**FOR**<br>**DALONTE WRIGHT** | |

**TEACHER:** M SAMUEL
**SCHOOL:** AITON ELEM SCH - 202                    **GRADE:** 03
**DISTRICT:** DC PUBLIC SCHOOLS                    **TEST DATE:** 04/04
**TEST TYPE:** MULTIPLE CHOICE

Age: 9 Yrs 07 Mos
Student No: 9055383

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 32 | 563 | 12-3 | 25.3 |
| Vocabulary | 30 | 12 | 551 | 10-2 | 23.0 |
| Reading Comp. | 54 | 20 | 570 | 17-3 | 29.9 |
| Total Mathematics | 76 | 26 | 541 | 7-2 | 18.9 |
| Problem Solving | 46 | 16 | 547 | 7-2 | 18.9 |
| Procedures | 30 | 10 | 532 | 12-3 | 25.3 |

**NATIONAL GRADE PERCENTILE BANDS**

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 12/ 30/ 28 | ✓ | | |
| Synonyms | 11/ 18/ 18 | | ✓ | |
| Context | 1/ 6/ 6 | ✓ | | |
| Multiple Meanings | 0/ 6/ 4 | ✓ | | |
| | | | | |
| **Reading Comprehension** | 20/ 54/ 54 | ✓ | | |
| Recreational | 7/ 18/ 18 | ✓ | | |
| Textual | 5/ 18/ 18 | ✓ | | |
| Functional | 8/ 18/ 18 | | ✓ | |
| Initial Understanding | 2/ 14/ 16 | ✓ | | |
| Interpretation | 8/ 24/ 24 | ✓ | | |
| Critical Analysis | 5/ 8/ 8 | | ✓ | |
| Process Strategies | 5/ 8/ 8 | | ✓ | |
| | | | | |
| **Mathematics: Problem Solving** | 16/ 46/ 46 | ✓ | | |
| Concepts/Whole No. Comput. | 2/ 4/ 4 | | ✓ | |
| Number Sense and Numeration | 3/ 6/ 6 | | ✓ | |
| Geometry and Spatial Sense | 4/ 6/ 6 | | ✓ | |
| Measurement | 4/ 10/ 10 | ✓ | | |
| Statistics and Probability | 1/ 6/ 6 | ✓ | | |
| Fraction and Decimal Concepts | 1/ 4/ 4 | ✓ | | |
| Patterns & Relationships | 1/ 3/ 3 | ✓ | | |
| Estimation | 0/ 3/ 3 | ✓ | | |
| Problem-Solving Strategies | 0/ 4/ 4 | ✓ | | |
| | | | | |
| **Mathematics: Procedures** | 10/ 30/ 30 | ✓ | | |
| Number Facts | 0/ 6/ 6 | ✓ | | |
| Computation/Symbolic Notation | 3/ 12/ 12 | ✓ | | |
| Computation in Context | 5/ 9/ 9 | | ✓ | |
| Rounding | 2/ 3/ 3 | | ✓ | |

**STANFORD LEVEL/FORM:** Primary 3/T
**1995 NORMS:** Spring    National

Scores based on normative data copyright © 1996 by Harcourt, Inc.  All rights reserved.

**OTHER INFO:** 2———                    Copy 02
Process No. 10492001-1682102-0545-32184-2



**STANFORD**

ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

**STUDENT REPORT with
PERFORMANCE STANDARDS FOR
DALONTE WRIGHT**

Age:  9 Yrs  07 Mos
Student No: 9055383

TEACHER:  M SAMUEL
SCHOOL:  AITON ELEM SCH - 202
DISTRICT:  DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE:  03
TEST DATE: 04/04

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 32 | BELOW BASIC |
| Vocabulary | 30 | 12 | BELOW BASIC |
| Reading Comp. | 54 | 20 | BELOW BASIC |
| Total Mathematics | 76 | 26 | BELOW BASIC |
| Problem Solving | 46 | 16 | BELOW BASIC |
| Procedures | 30 | 10 | BELOW BASIC |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

**NOTES**

STANFORD LEVEL/FORM: Primary 3/T
1995 NORMS:  Spring          National

Scores based on normative data copyright © 1996 by Harcourt, Inc.  All rights reserved.

OTHER INFO:  2-------          Copy 02
Process No. 10492001-1682102-0545-32185-2



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## 3RD GRADE REPORT CARD SY 03 - 04

(Page one of three)
Student Name: Dakota Wright
ID#: 9055383
School: Aiton Eola
Teacher: Mr. Samuel

------------------------------------

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | — | — | ✓ |
| 2nd Advisory | — | — | ✓ |
| 3rd Advisory | — | — | ✓ |
| 4th Advisory | — | — | ✓ |
| **Mathematics** | | | |
| 1st Advisory | — | ✓ | — |
| 2nd Advisory | — | ✓ | — |
| 3rd Advisory | — | ✓ | — |
| 4th Advisory | — | — | ✓ |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | 4 | 1 | 1 | 1 |
| Uses word attack skills & vocabulary building strategies | ✓ | ✓ | ✓ | ✓ |
| Reads and comprehends 25 books | -- | -- | -- | -- |
| Identifies main idea and supporting details | -- | ✓ | ✓ | ✓ |
| Reads aloud with accuracy and fluency | -- | -- | -- | -- |
| Determines cause and effect relationships in text | ✓ | -- | -- | -- |
| **WRITING** | 2 | 2 | 1 | 1 |
| Writes a personal letter | ✓ | ✓ | -- | -- |
| Writes a personal narrative | ✓ | ✓ | -- | -- |
| Writes a brief report | ✓ | ✓ | -- | -- |
| Uses technology to create, revise and publish work | ✓ | ✓ | -- | -- |
| Uses correct grammar, capitalization & spelling | ✓ | ✓ | -- | -- |
| Uses writing process | ✓ | ✓ | -- | -- |
| **LISTENING SKILLS** | 1 | 1 | 1 | 1 |
| Exhibits appropriate audience behavior | -- | -- | -- | -- |
| Comprehends oral presentations | ✓ | ✓ | ✓ | ✓ |
| **SPEAKING SKILLS** | 2 | 2 | 2 | 2 |
| Gives & understands oral directions | ✓ | ✓ | ✓ | ✓ |
| Participates in group discussions | ✓ | ✓ | ✓ | ✓ |
| Makes oral presentations | ✓ | ✓ | ✓ | ✓ |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | 2 | 2 | 2 | 1 |
| Adds & subtracts whole numbers with regrouping | ✓ | ✓ | ✓ | ✓ |
| Applies place value concepts | ✓ | ✓ | ✓ | ✓ |
| Models concepts of multiplication and division | NI | ✓ | ✓ | ✓ |
| Applies estimation and rounding strategies | ✓ | ✓ | ✓ | -- |
| Counts money & makes change | NI | -- | -- | -- |
| Classifies three-dimensional shapes | NI | NI | -- | ✓ |
| Identifies geometric figures | NI | NI | ✓ | -- |
| Interprets data from charts, graphs and tables | ✓ | ✓ | ✓ | ✓ |
| Models & solves problems | -- | ✓ | ✓ | ✓ |

### Reporting Key:
**For overall grade in subject area:**
4 = <u>Exceeds the standard (Advanced)</u>
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.
3 = <u>Meets the standard (Proficient)</u>
Student produces work that meets the standard; frequently produces very good work of high quality; applies skills/concepts correctly.
2 = <u>Approaches the standard (Basic)</u>
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.
1 = <u>Does not meet the standard (Below Basic)</u>
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.

**For skills/expectations within subject area:**
+ = Excellent          -- = Unsatisfactory
✓ = Satisfactory       NI = Not Introduced

*Revised 2000-2001*



| DISTRICT OF COLUMBIA PUBLIC SCHOOLS | | | | |
|---|---|---|---|---|
| **3RD GRADE REPORT CARD** SY 03-04 | | | | |
| (Page two of three) | | | | |
| Student Name: _Baleek Wright_ | | | | |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **SOCIAL STUDIES** | 2 | 2 | 2 | 2 |
| Identifies historical landmarks & key geographical features of the nation's capital | ✓ | ✓ | ✓ | ✓ |
| Recognizes significant persons, documents & events shaping Washington, D.C. | NA | ✓ | ✓ | -- |
| Describes the contributions of diverse groups to Washington, D.C. society | NA | NA | | ✓ |
| Demonstrates recognition of names of other large cities & capitals | ✓ | ✓ | ✓ | ✓ |
| Demonstrates map & globe skills | ✓ | ✓ | ✓ | ✓ |

| **SCIENCE** | 3 | 2 | 2 | 2 |
|---|---|---|---|---|
| Uses scientific methods to ask & answer questions about the natural world | ✓ | ✓ | ✓ | ✓ |
| Describes how structures of living things adapt to function | -- | ✓ | ✓ | ✓ |
| Describes physical features of local environment | NA | ✓ | ✓ | ✓ |
| Describes how vibrating objects produce sound | NA | NA | ✓ | ✓ |
| Describes how matter changes | NA | ✓ | ✓ | ✓ |
| Explains seasonal changes | ✓ | ✓ | ✓ | ✓ |

| **MUSIC** | NA | NA | -- | -- |
|---|---|---|---|---|
| Identifies music of various cultures and styles | -- | -- | -- | 4 |
| Interprets music through singing, listening, performing, creating, reading & writing | -- | -- | -- | -- |

| **ART** | 2 | 3 | 3 | 2 |
|---|---|---|---|---|
| Applies different media, techniques & processes in artworks | ✓ | ✓ | ✓ | ✓ |
| Uses symbols & images to convey meaning | ✓ | ✓ | ✓ | ✓ |

*STRUGH*
**Revised 2000-2001**        1    1    1    2

| **HEALTH & PHYSICAL EDUCATION** | NA | 2 | 2 | 2 |
|---|---|---|---|---|
| Explains consequences of negative & positive behaviors in conflict | -- | ✓ | ✓ | ✓ |
| Scores in acceptable levels for physical fitness; e.g. sit & reach, running | -- | ✓ | ✓ | ✓ |
| Displays increased motor skills in individual & team sports | -- | ✓ | ✓ | ✓ |

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:
+ = Excellent
√ = Satisfactory
-- = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | -- | -- | -- | -- |
| Completes classwork on time | -- | -- | -- | -- |
| Works well with others/cooperates | -- | -- | -- | -- |
| Uses time wisely | -- | -- | -- | -- |
| Completes and returns homework | -- | ✓ | -- | -- |
| Participates in class discussions | -- | ✓ | ✓ | ✓ |
| Makes an effort | -- | -- | -- | -- |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | -- | -- | -- | -- |
| Follows playground/school rules | -- | -- | -- | -- |
| Respects the rights/property of others | -- | -- | ✓ | ✓ |
| Listens while others speak | -- | -- | ✓ | -- |
| Practices self-control | -- | -- | -- | -- |

| **ATTENDANCE** | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 46 | 46 | 46 | 45 |
| Days Absent | 3 | 3 | 3 | 5 |
| Days Tardy | 0 | 0 | 0 | 0 |

**SUPPORT SERVICES** Check where applicable. Additional comments from support staff attached.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Resource; Reading | ✓ | | | |
| Resource; Mathematics | ✓ | ✓ | ✓ | ✓ |
| Special Education | -- | -- | -- | -- |
| Bilingual/ESL | -- | -- | -- | -- |

**Grade Next Year** 3rd

*Retained*



DISTRICT OF COLUMBIA PUBLIC SCHOOLS

# District of Columbia Public Schools Report Card

SY 03 - 04 (Page three of three)

**TEACHER COMMENTS**

Student Name: [illegible] Grade: 3

**First Advisory**

Dalonte is a very helpful student with the ability to do well. However, his [illegible] refusal to comply with the rules and regulations of the school and his disrespectful attitude. Continue to encourage and support him.

[illegible] ______________ [illegible] ______________
Teacher Signature Date

**Second Advisory**

Dalonte is a very helpful student. However, he persistently refuses to complete class assignment and rarely turns in homework. He is at risk for retention. Please encourage and support him.

M Samuel, MS ______________ February 9 2004 ______________
Teacher Signature Date

**Third Advisory**

Dalonte has the ability to do much better. However, His persistent refusal to do classwork coupled with his sub-average academic performance put him at risk for retention.

M Samuel, MS, CAC ______________ May 3, 2004 ______________
Teacher Signature Date

**Fourth Advisory**

Dalonte's performance throughout the school year has been unsatisfactory. All my requests for parent/teacher conferences were ignored. Dalonte does not have the skills necessary to be successful in the next grade. As a result he will be retained in the third grade.

M Samuel ______________ June 17, 2004 ______________
Teacher Signature Date



**STANFORD**
ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

**STUDENT REPORT**
FOR
**DALONTE WRIGHT**

Age: 7 Yrs 06 Mos
Student No: 9055383

TEACHER: A. ALLEN
SCHOOL: AITON ELEM SCH - 202       GRADE:    01
DISTRICT: DC PUBLIC SCHOOLS        TEST DATE: 04/02
TEST TYPE: MULTIPLE CHOICE

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 106 | 62 | 515 | 37-4 | 43.0 |
| Word Study Skills | 36 | 26 | 551 | 57-5 | 53.7 |
| Word Reading | 30 | 15 | 486 | 29-4 | 38.3 |
| Reading Comp. | 40 | 21 | 502 | 29-4 | 38.3 |
| Total Mathematics | 69 | 24 | 477 | 7-2 | 18.9 |
| Problem Solving | 44 | 11 | 468 | 2-1 | 6.7 |
| Procedures | 25 | 13 | 488 | 35-4 | 41.9 |

**NATIONAL GRADE PERCENTILE BANDS**
1   10   30  50  70   90   99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Word Study Skills** | 26/ 36/ 36 | | ✓ | |
| Structural Analysis | 12/ 12/ 12 | | | ✓ |
| Phonetic Analysis-Consonants | 8/ 12/ 12 | | ✓ | |
| Phonetic Analysis-Vowels | 6/ 12/ 12 | | ✓ | |
| **Word Reading** | 15/ 30/ 30 | | ✓ | |
| **Reading Comprehension** | 21/ 40/ 37 | | ✓ | |
| Two-Sentence Stories (Riddles) | 5/ 5/ 5 | H/ | | |
| Short Passages (Cloze) | 11/ 15/ 15 | | ✓ | |
| Short Passages w/Questions | 5/ 20/ 17 | ✓ | | |
| Recreational | 3/ 10/ 10 | ✓ | | |
| Textual | 1/ 5/ 5 | ✓ | | |
| Functional | 1/ 5/ 2 | ✓ | | |
| Initial Understanding | 3/ 9/ 7 | ✓ | | |
| Interpretation | 2/ 11/ 10 | ✓ | | |
| **Mathematics: Problem Solving** | 11/ 44/ 43 | ✓ | | |
| Concepts/Whole No. Comput. | 1/ 3/ 3 | | ✓ | |
| Number Sense and Numeration | 3/ 12/ 12 | ✓ | | |
| Geometry and Spatial Sense | 1/ 5/ 5 | ✓ | | |
| Measurement | 3/ 8/ 8 | ✓ | | |
| Statistics and Probability | 0/ 5/ 4 | ✓ | | |
| Fraction and Decimal Concepts | 2/ 3/ 3 | | ✓ | |
| Patterns & Relationships | 1/ 5/ 5 | ✓ | | |
| Problem-Solving Strategies | 0/ 3/ 3 | ✓ | | |
| **Mathematics: Procedures** | 13/ 25/ 25 | | ✓ | |
| Number Facts | 4/ 8/ 8 | | ✓ | |
| Computation/Symbolic Notation | 5/ 11/ 11 | | ✓ | |
| Computation in Context | 4/ 6/ 6 | | ✓ | |

| | | Below Average | Average | Above Average |
|---|---|---|---|---|

STANFORD LEVEL/FORM: Primary 1/T
1995 NORMS:  Spring       National

OTHER INFO:  2---------          Copy 02
Process No. 10292001-1592344-0121-02567-2

Scores based on normative data copyright © 1996 by Harcourt, Inc.  All rights reserved.

EXHIBIT # 7



**STANFORD**

*ACHIEVEMENT TEST SERIES, NINTH EDITION*
SELECT

| | | STUDENT REPORT with PERFORMANCE STANDARDS FOR DALONTE WRIGHT |

TEACHER: A ALLEN
SCHOOL: AITON ELEM SCH - 202
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 01
TEST DATE: 04/02

**STUDENT REPORT with PERFORMANCE STANDARDS FOR DALONTE WRIGHT**
Age: 7 Yrs 06 Mos
Student No: 9055383

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 106 | 62 | BASIC |
| Word Study Skills | 36 | 26 | PROFICIENT |
| Word Reading | 30 | 15 | BASIC |
| Reading Comp. | 40 | 21 | BASIC |
| Total Mathematics | 69 | 24 | BELOW BASIC |
| Problem Solving | 44 | 11 | BELOW BASIC |
| Procedures | 25 | 13 | BASIC |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

**NOTES**

STANFORD LEVEL/FORM: Primary 1/T
1995 NORMS: Spring    National

Scores based on normative data copyright © 1996 by Harcourt, Inc. All rights reserved.

OTHER INFO: 2---------    Copy 02
Process No. 10292001-1592344-0121-02568-2



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## 1ST GRADE REPORT CARD  SY 01-02
(Page one of three)

Student Name: Dalonte Wright

ID#: 90 55383

School: Maude Aiton Elementary

Teacher: Ms. A. Allison

---

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | — | ✓ | — |
| 2nd Advisory | — | ✓ | — |
| 3rd Advisory | — | ✓ | — |
| 4th Advisory | — | ✓ | — |
| **Mathematics** | | | |
| 1st Advisory | — | ✓ | — |
| 2nd Advisory | — | ✓ | — |
| 3rd Advisory | — | ✓ | — |
| 4th Advisory | — | — | — |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | 1 | 1 | 1 | 2 |
| Demonstrates knowledge of letters & sounds and their relationship | 2 | ✓ | ✓ | ✓ |
| Demonstrates multiple strategies to decode & to expand vocabulary | 1 | ✓ | ✓ | — |
| Reads and comprehends 25 books | 1 | ✓ | — | — |
| Identifies main idea | NI | NI | NI | ✓ |
| Retells story's events in correct sequence | 2 | ✓ | ✓ | ✓ |
| Identifies story elements | 1 | | ✓ | ✓ |
| **WRITING** | 1 | 2 | 2 | 2 |
| Writes multiple sentences to convey ideas | 1 | ✓ | ✓ | ✓ |
| Reads own writing to others | 1 | ✓ | ✓ | + |
| Forms upper & lower case letters correctly | 2 | ✓ | + | + |
| Writes top to bottom, left to right | 2 | ✓ | + | + |
| Writes familiar words correctly | 1 | ✓ | + | + |
| **LISTENING SKILLS** | 1 | 1 | 2 | 2 |
| Listens attentively | 1 | ✓ | ✓ | + |
| Understands & follows oral directions | 1 | ✓ | ✓ | ✓ |
| **SPEAKING SKILLS** | 1 | 2 | 2 | 2 |
| Speaks in front of class | 1 | ✓ | ✓ | ✓ |
| Recites rhymes, chants, and poetry | NI | ✓ | ✓ | ✓ |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | 2 | 2 | 2 | 2 |
| Orders whole numbers through 99 | 1 | ✓ | + | + |
| Adds whole numbers | 2 | ✓ | ✓ | + |
| Subtracts whole numbers | 2 | ✓ | ✓ | + |
| Investigates place value concepts | 1 | ✓ | ✓ | ✓ |
| Models fractions | NI | NI | ✓ | ✓ |
| Tells time & counts money | NI | ✓ | ✓ | ✓ |
| Identifies, creates & extends patterns | 2 | ✓ | + | + |
| Identifies geometric figures | 2 | ✓ | + | + |
| Collects & organizes data | 2 | ✓ | + | + |
| Uses patterns to solve problems | 2 | ✓ | + | + |

## Reporting Key:
**For overall grade in subject area:**
**4 = Exceeds the standard (Advanced)**
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.
**3 = Meets the standard (Proficient)**
Student produces work that meets the standard; frequently produces very good work of high quality; applies skills/concepts correctly.
**2 = Approaches the standard (Basic)**
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.
**1 = Does not meet the standard (Below Basic)**
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.

**For skills/expectations within subject area:**
| + = Excellent | -- = Unsatisfactory |
|---|---|
| √ = Satisfactory | NI = Not Introduced |

*Revised 2000-2001*



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**1ST GRADE REPORT CARD** SY 0⟨ . 02.
(Page two of three)
Student Name: _____

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **SOCIAL STUDIES** | 2 | 2 | 2 | 2 |
| Recognizes people & events celebrated on national holidays | 2 | ✓ | + | + |
| Defines characteristics of families and neighborhoods | 2 | + | + | + |
| Demonstrates understanding of simple map skills & concepts | 1 | ✓ | ✓ | ✓ |
| Differentiates between past and present, present and future | NI | NI | NI | ✓ |
| **SCIENCE** | 2 | 2 | 2 | 2 |
| Collects and organizes information about the natural world | NI | NI | ✓ | ✓ |
| Describes common characteristics of living things | NI | NI | ✓ | ✓ |
| Describes the life cycles of selected organisms | NI | NI | NI | ✓ |
| Uses physical properties to sort objects | 2 | ✓ | ✓ | ✓ |
| Describes changes that occur in weather from season to season | 2 | V | + | + |
| **MUSIC** | 2 | 2 | 2 | 2 |
| Identifies music of various cultures and styles | NI | ✓ | ✓ | ✓ |
| Interprets music through singing, listening, performing, creating, reading & writing | 2 | ✓ | ✓ | ✓ |
| **ART** | 2 | 2 | 2 | 2 |
| Applies different media, techniques & processes in artworks | 2 | ✓ | ✓ | + |
| Uses symbols & images to convey meaning | 2 | ✓ | + | + |

| **HEALTH & PHYSICAL EDUCATION** | 3 | 3 | 3 | 3 |
|---|---|---|---|---|
| Recognizes behaviors that are safe & those that are harmful | 3 | ✓ | ✓ | + |
| Explains characteristics of a healthy person | 3 | ✓ | ✓ | ✓ |
| Shows variation in locomotor skills (e.g. hopping, sliding; jumping) | 3 | ✓ | ✓ | + |

For the section on **WORK HABITS, PERSONAL & SOCIAL SKILLS**, the following key is used:
+ = Excellent
√ = Satisfactory
-- = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | ✓ | ✓- | -- | -- |
| Completes classwork on time | ✓ | ✓- | ✓- | ✓ |
| Works well with others/cooperates | -- | -- | -- | -- |
| Uses time wisely | -- | -- | -- | -- |
| Completes and returns homework | -- | ✓ | -- | -- |
| Participates in class discussions | ✓ | ✓ | ✓ | ✓ |
| Makes an effort | ✓ | ✓- | ✓- | ✓ |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | -- | -- | -- | -- |
| Follows playground/school rules | -- | ✓ | -- | -- |
| Respects the rights/property of others | ✓ | ✓ | ✓ | ✓ |
| Listens while others speak | ✓ | ✓ | ✓ | ✓ |
| Practices self-control | -- | -- | -- | ✓ |

| **ATTENDANCE** | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 46 | 45 | 46 | 46 |
| Days Absent | 5 | 12 | 5 | 7 |
| Days Tardy | 3 | 0 | | |

**SUPPORT SERVICES** Check where applicable. Additional comments from support staff attached.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Resource; Reading | ✓ | ✓ | ✓ | ✓ |
| Resource: Mathematics | ✓ | ✓ | ✓ | ✓ |
| Special Education | -- | -- | -- | -- |
| Bilingual/ESL | -- | -- | -- | -- |

**Grade Next Year** 2

*Revised 2000-2001*



## District of Columbia Public Schools Report Card
SY 01 - 02 (Page three of three)
### TEACHER COMMENTS

Student Name: Dalonte' Wright          Grade: 1

**First Advisory** Dalonte' has good intentions but is easily distracted. Please keep him focused on his classwork. Remind him of his academic purpose at school.

Angela J. Allen                          11/30/01
Teacher Signature                        Date

**Second Advisory** Dalonte had potential but allows himself to get involved in verbal and physical altercations. He needs to focus more on his work so that he can produce more and build up his confidence. He has what it takes please continue to encourage him.

A. Allen                                 2/13/02
Teacher Signature                        Date

**Third Advisory** The little stride that Dalonte was making is falling off. He rarely attempts to complete or even begin his work (written). Lets try to work together this last quarter to push him to his potential

A. Allen                                 4/24/02
Teacher Signature                        Date

**Fourth Advisory** Help motivate Dalonte' towards wanting to do well in school. He needs to be pushed daily. He needs to read a book and write daily at home in the summer.

A. Allen                                 6/18/02
Teacher Signature                        Date



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## 1ST GRADE REPORT CARD    SY 2000-2001
(Page one of three)
Student Name: _Dalonte Wright_

ID#: _9055383_

School: _Plummer Elem._

Teacher: _C. Russell_

------------------------------------

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | — | — | — |
| 2nd Advisory | — | — | — |
| 3rd Advisory | — | — | ✓ |
| 4th Advisory | — | — | — |
| **Mathematics** | | | |
| 1st Advisory | — | — | — |
| 2nd Advisory | — | — | — |
| 3rd Advisory | — | — | ✓ |
| 4th Advisory | — | — | — |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | — | — | 1 | 1 |
| Demonstrates knowledge of letters & sounds and their relationship | — | — | — | — |
| Demonstrates multiple strategies to decode & to expand vocabulary | — | — | — | — |
| Reads and comprehends 25 books | — | — | — | — |
| Identifies main idea | — | — | — | — |
| Retells story's events in correct sequence | — | — | — | — |
| Identifies story elements | — | — | — | — |
| **WRITING** | — | — | 1 | 2 |
| Writes multiple sentences to convey ideas | — | — | — | — |
| Reads own writing to others | — | — | — | — |
| Forms upper & lower case letters correctly | — | — | — | ✓ |
| Writes top to bottom, left to right | — | — | — | ✓ |
| Writes familiar words correctly | — | — | — | — |
| **LISTENING SKILLS** | — | — | 1 | 1 |
| Listens attentively | — | — | — | — |
| Understands & follows oral directions | — | — | — | — |
| **SPEAKING SKILLS** | — | — | 1 | 1 |
| Speaks in front of class | — | — | — | — |
| Recites rhymes, chants, and poetry | — | — | — | — |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | — | — | 1 | 1 |
| Orders whole numbers through 99 | — | — | — | — |
| Adds whole numbers | — | — | — | — |
| Subtracts whole numbers | — | — | — | ✓ |
| Investigates place value concepts | — | — | — | — |
| Models fractions | — | — | — | — |
| Tells time & counts money | — | — | — | — |
| Identifies, creates & extends patterns | — | — | — | ✓ |
| Identifies geometric figures | — | — | — | ✓ |
| Collects & organizes data | — | — | — | — |
| Uses patterns to solve problems | — | — | — | — |

## Reporting Key:
**For overall grade in subject area:**
4 = <u>Exceeds the standard (Advanced)</u>
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.
3 = <u>Meets the standard (Proficient)</u>
Student produces work that meets the standard; frequently produces very good work of high quality; applies skills/concepts correctly.
2 = <u>Approaches the standard (Basic)</u>
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.
1 = <u>Does not meet the standard (Below Basic)</u>
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.

**For skills/expectations within subject area:**
+ = Excellent          -- = Unsatisfactory
√ = Satisfactory        NI = Not Introduced

*Revised 2000-2001*

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### 1ST GRADE REPORT CARD SY _00 . 01_
(Page two of three)
Student Name: _Dakota Wright_

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **SOCIAL STUDIES** | | | 1 | S |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Recognizes people & events celebrated on national holidays | — | — | — | ✓ |
| Defines characteristics of families and neighborhoods | — | — | — | ✓ |
| Demonstrates understanding of simple map skills & concepts | — | — | — | — |
| Differentiates between past and present, present and future | — | — | — | ✓ |

| **SCIENCE** | | | 1 | 1 |
|---|---|---|---|---|
| Collects and organizes information about the natural world | — | — | — | — |
| Describes common characteristics of living things | — | — | — | — |
| Describes the life cycles of selected organisms | — | — | — | — |
| Uses physical properties to sort objects | — | — | — | — |
| Describes changes that occur in weather from season to season | — | — | — | — |

| **MUSIC** | | | | S |
|---|---|---|---|---|
| Identifies music of various cultures and styles | — | — | ✓ | ✓ |
| Interprets music through singing, listening, performing, creating, reading & writing | — | — | ✓ | ✓ |

| **ART** | | | S | S |
|---|---|---|---|---|
| Applies different media, techniques & processes in artworks | — | — | + | + |
| Uses symbols & images to convey meaning | — | — | + | ✓ |

## HEALTH & PHYSICAL EDUCATION          S 3

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Recognizes behaviors that are safe & those that are harmful | — | — | 1 | 1 |
| Explains characteristics of a healthy person | — | — | + | + |
| Shows variation in locomotor skills (e.g. hopping, sliding, jumping) | — | — | 1 | + |

For the section on **WORK HABITS, PERSONAL & SOCIAL SKILLS**, the following key is used:
+ = Excellent
√ = Satisfactory
— = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | — | — | — | — |
| Completes classwork on time | — | — | — | — |
| Works well with others/cooperates | — | — | — | — |
| Uses time wisely | — | — | ✓ | — |
| Completes and returns homework | — | — | — | — |
| Participates in class discussions | — | — | — | — |
| Makes an effort | — | — | — | — |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | — | — | — | — |
| Follows playground/school rules | — | — | — | — |
| Respects the rights/property of others | — | — | — | — |
| Listens while others speak | — | — | — | — |
| Practices self-control | — | — | — | — |

| **ATTENDANCE** | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | — | — | — | — |
| Days Absent | — | — | 9 | 9 |
| Days Tardy | — | — | — | — |

**SUPPORT SERVICES** Check where applicable. Additional comments from support staff attached.

| | | | | |
|---|---|---|---|---|
| Resource: Reading | — | — | — | — |
| Resource: Mathematics | — | — | — | — |
| Special Education | — | — | — | — |
| Bilingual/ESL | — | — | — | — |

**Grade Next Year** _First_

Retained



**District of Columbia Public Schools Report Card**
SY _00_ . _01_ (Page three of three)
**TEACHER COMMENTS**

Student Name: _____ Grade: _____

**First Advisory**

Teacher Signature                    Date
_____

**Second Advisory**

Teacher Signature                    Date
_____

**Third Advisory**

- Dalonte is working below grade level in reading and math,
- Please come to see me.
- Dalonte will repeat first grade, at this time.

Teacher Signature    4/30/01
Date

**Fourth Advisory**
- Dalonte is working below grade level in reading and math.
- Dalonte will repeat first grade.
- Please send Dalonte to summer school.
- Make school attendance a priority.

Teacher Signature    6/19/01
Date

2-18-2005

EXHIBIT # 10

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## KINDERGARTEN PROGRESS REPORT
### (Page 1 of 3)

Student: DANTE WRIGHT
ID#: 9055383
Teacher: L. WESTRAY
School: M. M. PLUMER

Parents: This report is to inform you of your child's progress so that we may work together in guiding his/her development.

## READING PREPARATION

| | Sem 1 | Sem 2 |
|---|---|---|
| | **N** | **N** |
| Names/Recognizes letters of the alphabet | √ | √ |
| Associates most letters with sounds | — | — |
| Seeks likenesses and differences in objects, in letters, in words | √ | √ |
| Names familiar signs, labels, book titles | √ | √ |
| Works from left to right | + | + |
| Names/Identifies basic colors | √ | √ |
| Recognizes name in print | √ | √ |
| Matches like/same objects | √ | √ |
| Finds the one that is different | √ | √ |
| Plays simple board games | √ | √ |
| Completes 10 to 12 piece interlocking puzzles | √ | √ |

## WRITING PREPARATION

| | Sem 1 | Sem 2 |
|---|---|---|
| | **N** | **N** |
| Aware of some purposes for writing | √ | √ |
| Attempts to print to convey own ideas | √ | √ |
| Writes using invented spelling | √ | √ |
| Enjoys/shares own writing | √ | √ |
| Has a sight-word vocabulary (up to 40 words) | — | — |
| Identifies main idea | — | — |
| Connects text with personal experiences | √ | √ |
| Enjoys "reading" picture books | √ | √ |

## LISTENING & SPEAKING

| | Sem 1 | Sem 2 |
|---|---|---|
| | **N** | **N** |
| Listens attentively | √ | √ |
| Follows directions | √ | √ |
| Hears likenesses/differences in sounds of letters | — | √ |
| Tells the sounds made by letters | √ | √ |
| Retells nursery rhymes, short stories, short poems | √ | √ |
| Answers questions in sentences | √ | √ |
| Expresses ideas clearly in keeping with age | √ | √ |
| Participates in class discussions | — | √ |

## LITERATURE

| | Sem 1 | Sem 2 |
|---|---|---|
| | **N** | **N** |
| Names picture/story characters | √ | √ |

## SCIENCE/SOCIAL STUDIES

| | Sem 1 | Sem 2 |
|---|---|---|
| | **P** | **P** |
| Participates in care of living things | √ | √ |
| Recognizes/Describes seasons | √ | √ |
| Participates in guided experiments | √ | √ |
| Makes observations and discoveries about the environment/community | √ | √ |

## SPECIAL SERVICES (Please check if applicable)

- ESL/Bilingual
- Special Education
- Speech & Language
- Other

## ATTENDANCE

| | Advisories 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days of Instruction | | 12 | 6 | 8 |
| Days Absent | | | | |
| Days Tardy | | | | |

TEACHER COMMENTS Attached

**SCORING KEY**
P = Progressing Satisfactorily
N = Needs Support

**FOR INDIVIDUAL OBJECTIVES**
+ = Excellent
√ = Satisfactory
— = Unsatisfactory

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## KINDERGARTEN PROGRESS REPORT
### (Page 2 of 3)

Student  _Dalante' Wright_

**SCORING KEY**

P = Progressing Satisfactorily
N = N´ ds Support

FOR INDIVIDUAL OBJECTIVES

+ = Excellent
— = Unsatisfactory
√ = Satisfactory

| MATHEMATICS | Sem 1 | Sem 2 |
|---|---|---|
| Names/Recognizes shapes | P | P |
| Matches items one-to-one | | |
| Duplicates patterns | | |
| Identifies sets with ten items | | |
| Identifies numbers 1 through 12 | | |
| Counts by rote to 50 | | |
| Names wholes and parts of wholes | | |
| Reads/Interprets simple graphs | | |
| Orders/Sorts objects by specific characteristics (size, shape) | | |
| Uses math terms (less, equal) | | |
| Names hour on analog clock | | |
| Identifies penny, nickel, dime, quarter | | |
| Tells use of measuring devices (clock, calendar, ruler, thermometer) | | |
| Compares objects by length, weight | | |

| ART AND MUSIC | Sem 1 | Sem 2 |
|---|---|---|
| Identifies and uses line, shape, color, texture, form and direction | | |
| Creates images that represent ideas and feelings through symbols | P | P |
| Responds rhythmically and expressively to music | | |
| Imitates dance | | |
| Sings individually and in groups | | |

| PHYSICAL DEVELOPMENT | Sem 1 | Sem 2 |
|---|---|---|
| Manages fastenings (zips, ties) | P | P |
| Cuts on the line with preschool scissors | | |
| Holds and uses pencil with a mature pencil grasp | | |
| Prints full name | | |
| Copies simple geometric shapes | | |

| HEALTH/PHYSICAL EDUCATION | Sem 1 | Sem 2 |
|---|---|---|
| Walks down stairs alternating feet | P | P |
| Skips and hops | | |

| | Sem 1 | Sem 2 |
|---|---|---|
| Catches bounces, throws ball | | |
| Displays age-appropriate health and safety practices | P | P |

| SOCIAL DEVELOPMENT | Sem 1 | Sem 2 |
|---|---|---|
| Tells full name | | |
| Tells address/telephone number | | |
| Tells age/birthday | | |
| Shares and takes turns | | |
| Displays self-discipline | | |
| Adjusts to new situations | | |
| Respects property of others | | |
| Names persons who make up family | | |
| Tells function of body parts | | |
| Completes actions in toileting | | |
| Shows responsibility for own things | | |
| Follows class rules | | |
| Gets along well with peers | P | P |

| WORK HABITS | Sem 1 | Sem 2 |
|---|---|---|
| Works at task until complete | P | N |
| Seeks help when needed | | |
| Takes care of materials | | |
| Cleans up after work period | | |
| Asks questions | | |

NEXT YEAR GRADE  1st

TEACHER COMMENTS Attached

## District of Columbia Public Schools Report Card
### (Page three of three)
### TEACHER COMMENTS

Student Name: __Dalonte' Wright__    Grade: __Kgn.__

### First Advisory

Dalonte' has adjusted well to school this year. He attempts all of his tasks. Work with him on completing all tasks in a timely manner.

_L. Westray_    __11-5-99__
Teacher Signature    Date

### Second Advisory

Dalonte' is progressing. Please, work with him on letter recognition, sounds and writing his name.

_L. Westray_    __1-26-00__
Teacher Signature    Date

### Third Advisory

Dalonte' was progressing nicely. Now he is not willing to do his work. When an adult tries to work one-on-one with him, he looks as if he is going to cry and puts his head down. Dalonte' is constantly becoming involved in other children's disputes.

_L. Westray_    __4-12-00__
Teacher Signature    Date

### Fourth Advisory

Work with Dalonte' during the summer so he will not forget what he learned. Help him learn his birthday, address and telephone number. Have an enjoyable vacation.

_L. Westray_    __6-16-00__
Teacher Signature    Date