## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PATRICIA WRIGHT, *et al.,*

        Plaintiffs

     v.                             Civil Action No.**1:05CV0990 (RWR)**

DISTRICT OF COLUMBIA, *et al.,*

        Defendants.

## PLAINTIFFS' *ERRATA* AS TO
## THE ADMINISTRATIVE RECORD

    The administrative record filed by defendants' counsel, Assistant Attorney Damon A. Page did not include **PETITIONER'S MOTION FOR JUDGMENT ON THE PLEADING OR ALTERNATIVELY SUMMARY JUDGMENT** which was filed at the special education student hearing office on February 20, 2005 and served upon DCPS' general counsel on February 20, 2005. *See,* Exhibit # 1.

    The index of record of the administrative record, under page 89, filed by defendants erroneously stated that plaintiffs filed a "request for Mediation/Hearing, dated 02/01/05." The actual document on page 1 at the top of the page clearly shows plaintiffs' **"REQUEST A HEARING."** Plaintiffs checked the box **requesting a hearing, and next underlined the hearing request.** *See,* Exhibit # 2. **Absolutely never** did plaintiffs request **any** mediation.

1

Respectfully submitted,


*/s/ Roy Carleton Howell*
Roy Carleton Howell (415142)
8003 Parkside Lane, NW
Washington, D.C. 20012
(202) 545-0755 – office
(202) 545-0750 - home