UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PATRICIA WRIGHT,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civ. Action No. 05-990 (RWR) |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as lead attorney for the District of Columbia in the above captioned case. Please withdraw the names of Damon A. Pace and Eden Ilene Miller from the case.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District
     of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*_____
    EDWARD P. TAPTICH (012914)
    Chief, Equity Section 2

    /s/ Veronica A. Porter_____
    VERONICA A. PORTER (412273)
    Assistant Attorney General
    441 4th St., N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6651

**November 23, 2005**