**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PATRICIA WRIGHT,<br>Parent and Next Friend of D.W.<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>A municipal corporation<br><br>Defendant. | ) | Civil Action No. 05-0990 (RWR) |

PRAECIPE

The clerk of this court shall withdraw the appearance of Damon A. Pace, Assistant Attorney General, of the Office of the Attorney General, Civil Litigation Division, Equity Section II, 441 4th Street, N.W., 6th Floor, Washington, D.C. 20001, as counsel of record on behalf of the defendant for the allegations set forth in plaintiff's Complaint.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

EDWARD P. TAPTICH
Chief, Equity Section 2

/s/ Damon A. Pace
DAMON A. PACE [451351]
Assistant Attorney General
441 4th Street, N.W. - 6th Floor South
Washington, D.C. 20001
(202) 724-7794

November 23, 2005

2