```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                )
**PATRICIA WRIGHT,**            )
                                )
    **Plaintiff,**       )
                                )
    **v.**               )    Civil Action No. 05-0990 (RWR)
                                )
**DISTRICT OF COLUMBIA,**       )
                                )
    **Defendant.**       )
_____ )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motion [4] for summary judgment be, and hereby is, DENIED. It is further

ORDERED that defendant's cross-motion [15] for summary judgment be, and hereby is, GRANTED.

This is a final appealable order.

SIGNED this 17th day of April, 2007.

                                            _____/s/_____
                                            RICHARD W. ROBERTS
                                            United States District Judge